**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

IN THE MATTER OF: AMY E. RACUNAS   :   No. 27 WM 2017
                                            :
                                            :

## ORDER

**PER CURIAM**

    **AND NOW**, this 22nd day of May, 2017, the Petition to Pursue Extension of Pennsylvania Bar Admission is **GRANTED**, **IN PART**. In order to afford Amy E. Racunas time to seek full admission to the Pennsylvania bar, her temporary admission, per Pa.B.A.R. 311, is extended until April 30, 2018.